# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DATASCAPE, INC.,<br>    a Georgia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM, L.P.<br>    a Delaware Limited Partnership,<br><br>and<br><br>SPRINT SOLUTIONS, INC.<br>    a Delaware Corporation,<br><br>    Defendants. | Civil Action File No.:<br>1:09-CV-0136-CC<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF DATASCAPE, INC.'S UNOPPOSED MOTION FOR PERMISSION TO FILE RESPONSES TO DEFENDANT SPRINT'S OBJECTIONS TO THE SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiff Datascape, Inc. ("Datascape") respectfully moves this Court for permission to file responses to the objections to the Special Master's Reports and Recommendations filed by Defendants Sprint Spectrum, L.P. and Sprint Solutions, Inc. (collectively "Sprint").

On November 30, 2011, Special Master Gale R. Peterson served his detailed "*Special Master's Report and Recommendation on Claim Construction Regarding*

1

*U.S. Patent Nos. 5,742,845, 5,905,908, 6,366,967, 6,684,269, and 6,745,259*" and "*Special Master's Report and Recommendation on Sprint Spectrum, L.P. and Sprint Solutions, Inc.'s Motion and Memorandum of Law in Support of its Motion for Summary Judgment of Invalidity of Certain of Datascape's Patent Claims for Failure to Comply with 35 U.S.C. § 112 ¶ 2.*" Dkt. Nos. 71 and 72. Federal Rule of Civil Procedure 53(f) provides that "[a] party may file objections to – or a motion to adopt or modify – the master's order, report, or recommendations . . . ." Fed. R. Civ. P. 53(f)(2). Pursuant to this Rule, Sprint filed objections to both of the Special Master's Reports and Recommendations on January 19, 2012.[1] *See* Dkt. Nos. 81 and 83.

In order to respond to Sprint's objections, Datascape is seeking this Court's permission to file responses to Sprint's objections.[2] Datascape proposes that its responses to Sprint's objections be due on or before Monday, February 20, 2012. Defendant Sprint has indicated that it does not oppose this motion.

WHEREFORE, Plaintiff Datascape respectfully requests that this unopposed motion for permission to file responses to Defendant Sprint's objections to the Special Master's Reports and Recommendations be granted.

---

[1] The parties stipulated and the Court ordered that responses to the Special Master's Reports and Recommendations were due on January 19, 2012. Dkt. Nos. 74 and 76.

[2] On its face, Rule 53 does not contemplate a response to a party's objections to a special master's report. Accordingly, Datascape files this motion seeking permission to file responsive briefs.

A proposed order is attached for the Court's consideration.

This <u>26th</u> day of January, 2012.

           Respectfully submitted,

           <u>/s/ A. James Anderson</u>_____
           A. James Anderson
           Georgia Bar No. 016300
           J. Scott Culpepper
           Georgia Bar No. 200950
           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
           One Atlantic Center
           1201 West Peachtree Street, N.W., Suite 2200
           Atlanta, Georgia 30309
           Telephone:  404-760-4300
           Facsimile:  404-233-1267
           Email:  ajanderson@rkmc.com
           Email:  jsculpepper@rkmc.com


           Marla R. Butler
           Georgia Bar No. 099917
           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
           601 Lexington Avenue, 34th Floor
           New York, NY  10022-1240
           Telephone:  212-980-7400
           Facsimile:  212-980-7499
           Email:  mrbutler@rkmc.com


           William J. Rocha (admitted *pro hac vice*)
           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
           800 Boylston Street, 25th Floor
           Boston, MA 02199
           Telephone: 617.859.2769
           Facsimile: 617.267.8288
           Email: wjrocha@rkmc.com

           ***Attorneys for Plaintiff Datascape, Inc.***

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief was prepared in compliance with L.R. 5.1C, N.D. Ga.  This pleading has been prepared in Times New Roman 14-point font.

Dated: January 26, 2012         /s/ A. James Anderson_____
                                       A. James Anderson
                                       Georgia Bar No. 016300
                                       J. Scott Culpepper
                                       Georgia Bar No. 200950
                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                       One Atlantic Center
                                       1201 West Peachtree Street, N.W., Suite 2200
                                       Atlanta, Georgia 30309
                                       Telephone:  404-760-4300
                                       Facsimile:  404-233-1267
                                       Email:  ajanderson@rkmc.com
                                       Email:  jsculpepper@rkmc.com

                                       Marla R. Butler
                                       Georgia Bar No. 099917
                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                       601 Lexington Avenue, 34th Floor
                                       New York, NY  10022-1240
                                       Telephone:  212-980-7400
                                       Facsimile:  212-980-7499
                                       Email:  mrbutler@rkmc.com

                                       William J. Rocha (admitted *pro hac vice*)
                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                       800 Boylston Street, 25th Floor
                                       Boston, MA 02199
                                       Telephone: 617.859.2769
                                       Facsimile: 617.267.8288
                                       Email: wjrocha@rkmc.com

                                       ***Attorneys for Plaintiff Datascape, Inc.***

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DATASCAPE, INC., ) <br>     a Georgia Corporation, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPRINT SPECTRUM, L.P. ) <br>     a Delaware Limited Partnership, ) <br> ) <br> and ) <br> ) <br> SPRINT SOLUTIONS, INC. ) <br>     a Delaware Corporation, ) <br> ) <br>     Defendants. ) <br> _____) | Civil Action File No.: <br> 1:09-CV-0136-CC <br><br> **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2012, I served the foregoing *Plaintiff Datascape, Inc.'s Unopposed Motion for Permission to File Responses to Defendant Sprint's Objections to the Special Master's Reports and Recommendations and Memorandum in Support Thereof* via the Court's CM/ECF system upon the following:

    Steven W. Hardy, Esq.                 Franklin E. Gibbs, Esq.
    Friend, Hudak & Harris, LLP         Erick P. Wolfe, Esq.
    Three Ravinia Drive, Suite 1450     John van Loben Sels, Esq.
    Atlanta, GA  30346                      Wang, Hartmann, Gibbs & Cauley
                                                    2570 W. El Camino Real, Suite 440
                                                    Mountain View, CA  94041

30509415.1

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

*/s/ A. James Anderson*_____
A. James Anderson
Georgia Bar No. 016300
J. Scott Culpepper
Georgia Bar No. 200950
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
One Atlantic Center
1201 West Peachtree Street, N.W.
Suite 2200
Atlanta, Georgia 30309
Telephone:  404-760-4300
Facsimile:  404-233-1267
Email:  ajanderson@rkmc.com
Email:  jsculpepper@rkmc.com


Marla R. Butler
Georgia Bar No. 099917
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue
34th Floor
New York, NY  10022-1240
Telephone:  212-980-7400
Facsimile:  212-980-7499
Email:  mrbutler@rkmc.com


William J. Rocha (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: 617.859.2769
Facsimile: 617.267.8288
Email: wjrocha@rkmc.com

***Attorneys for Plaintiff Datascape, Inc.***

6

30509415.1